1    MICHAEL T. JONES (SBN 290660)
     *mjones@goodwinprocter.com*
2    **GOODWIN PROCTER LLP**
     135 Commonwealth Drive
3    Menlo Park, California 94025-1105
     Tel.:  650.752.3100
4    Fax.:  650.853.1038

5    Attorneys for Defendant/Counter-Claimant:
     *ARXAN TECHNOLOGIES, INC.*
6
     RAJIV DHARNIDHARKA (SBN 234756)
7    *rajiv.dharnidharka@dlapiper.com*
     **DLA PIPER LLP (US)**
8    555 Mission Street, Suite 2400
     San Francisco, CA  94105
9    Tel.: 415.836.2500
     Fax.: 415.836.2501
10
     Attorneys for Plaintiff/ Counterclaim-
11   Defendants: *WHTIECRYPTION CORPORATION AND
     INTERTRUST TECHNOLOGIES, CORPORATION*
12
     [ADDITIONAL COUNSEL LISTED IN SIGNATURE
13   BLOCK]

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  WHITECRYPTION CORPORATION, | Case No. 3:15-CV-00754-WHO |
| 18         Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |
| 19      v. | |
| 20  ARXAN TECHNOLOGIES, INC., | Date:       N/A<br>Time:       N/A |
| 21         Defendant. | Courtroom:  02<br>Judge:      Hon. William H. Orrick |
| 22  ARXAN TECHNOLOGIES, INC., | 450 Golden Gate Avenue<br>San Francisco, CA |
| 23         Counter-Claimant, | |
| 24      v. | |
| 25  WHITECRYPTION CORPORATION; and INTERTRUST TECHNOLOGIES | |
| 26  CORPORATION | |
| 27         Counter-Defendants. | |

28

STIPULATION & ORDER
TO CONTINUE CASE DEADLINES                    CASE NO. 3:15-CV-00754-WHO

1    Plaintiff and cross-defendants whiteCryption Corporation ("whiteCryption") and Intertrust

2  Technologies Corporation ("Intertrust") and defendant and counterclaimant Arxan Technologies,

3  Inc. ("Arxan") stipulate and agree as follows:

4    1.    On February 18, 2015, whiteCryption initiated the above-captioned action against

5  Arxan.

6    2.    Arxan answered and counterclaimed against whiteCryption and Intertrust on April

7  10, 2015.

8    3.    Between May and June 2015, the parties engaged in motion practice regarding the

9  counterclaims, and on June 18, 2015, the Court granted Intertrust's motion to dismiss with leave to

10  amend.

11    4.    On June 17, 2015, the Court issued a Civil Pretrial Order setting the deadlines in

12  this action.  ECF No. 35.

13    5.    From June through December 2015, the parties have cooperated on a phased

14  discovery effort to facilitate settlement discussions.  The parties, for example, have exchanged

15  several document productions, retained software code comparison experts, and completed code

16  comparisons in an effort to identify and narrow issues for settlement discussions.  Document

17  discovery, however, is not complete, nor have the parties yet taken any depositions, in favor of the

18  targeted approach described above in the lead up to a settlement discussion.

19    6.    On November 2, 2015, the Court granted the parties' request for a settlement

20  conference with a magistrate judge and ordered that the parties appear for a conference on January

21  5, 2016.

22    7.    In light of the settlement conference and likely continued settlement discussions

23  after the conference if the parties are unable to reach complete resolution on January 5, 2016, the

24  parties agree that continuing all case deadlines by approximately ninety (90) days would assist in

25  the parties settlement efforts, as well as conserve the parties' and the Court's resources.

26    8.    Neither party has previously requested an extension or modification of any

27  deadlines in the Civil Pretrial Order.

28

1

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES                              CASE NO. 3:15-CV-00754-WHO

1    Therefore, the parties stipulate and agree, subject to the court's approval, that all case

2    deadlines be extended by approximately ninety (90) days as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline to amend/add parties | December 31, 2015 | March 31, 2016 |
| Fact discovery cutoff | April 15, 2016 | July 15, 2016 |
| Expert disclosure | April 29, 2016 | July 29, 2016 |
| Expert rebuttal | May 20, 2016 | August 22, 2016 |
| Expert discovery cutoff | June 10, 2016 | September 12, 2016 |
| Dispositive Motions heard by | August 10, 2016 | November 9, 2016 |
| Pretrial Conference | October 7, 2016 | January 23, 2017 (or as the Court's calendar allows) |
| Trial (jury) | November 14, 2016 | February 27, 2017 (or as the Court's calendar allows) |

Respectfully submitted,

Dated:   December 18, 2015      By:   /s/Michael T. Jones
                                       MICHAEL T. JONES (SBN 290660)
                                       *mjones@goodwinprocter.com*
                                       HONG-AN VU (SBN 266268)
                                       *hvu@goodwinprocter.com*
                                       APRIL SUN (SBN 291633)
                                       *asun@goodwinprocter.com*

                                       **GOODWIN PROCTER LLP**

                                       Attorneys for Defendant/Counter-Claimant:
                                       *ARXAN TECHNOLOGIES, INC.*

2

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES                    CASE NO. 3:15-CV-00754-WHO

1

2
                                    Respectfully submitted,

3    Dated:   December 18, 2015         By:   /s/Rajiv Dharnidharka
                                            RAJIV DHARNIDHARKA
4                                           *rajiv.dharnidharka@dlapiper.com*
                                            TODD NOONAN
5                                           *todd.noonan@dlapiper.com*
                                            DEBORAH E. MCCRIMMON
6                                           *deborah.mccrimmon@dlapiper.com*

7                                        **DLA PIPER, LLP (US)**

8                                        Attorneys for Plaintiff and Counterclaim-
                                         *DEFENDANTS: WHTIECRYPTION CORPORATION*
9                                        *AND INTERTRUST TECHNOLOGIES, CORPORATION*

10

11
     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12

13   Dated: December 21, 2015          _____
                                        HON. WILLIAM H. ORRICK
14                                      UNITED STATED DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

STIPULATION AND ORDER
TO CONTINUE CASE DEADLINES                    CASE NO. 3:15-CV-00754-WHO