UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHITECRYPTION CORPORATION,

    Plaintiff,

    v.

ARXAN TECHNOLOGIES, INC.,

    Defendant.

Case No. 15-cv-00754-WHO

**ORDER REGARDING MOTION TO SEAL**

In my March 9, 2016 Order, I denied without prejudice a motion to completely seal twenty three exhibits plaintiff whiteCryption Corporation had designated as confidential. Dkt. No. 64. I provided whiteCryption seven days to file a new declaration specifically identifying the particular documents, or portions thereof, to be sealed and articulating compelling reasons justifying each request.

On March 16, 2016, whiteCryption filed a revised Declaration of William Rainey that provides a more complete justification for sealing along with more narrowly redacted versions of the twenty three exhibits at issue. Dkt. No. 65. Having reviewed the declaration and exhibits, I GRANT the requests to seal as provided therein.

**IT IS SO ORDERED**.

Dated: March 28, 2016

WILLIAM H. ORRICK
United States District Judge