UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHITECRYPTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ARXAN TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 15-cv-00754-WHO<br><br>**ORDER ON MOTION TO DISMISS ARXAN'S COUNTERCLAIMS**<br><br>Re: Dkt. No. 66 |
|---|---|

I heard argument on whiteCryption's Motion To Dismiss Arxan's Counterclaims on May 11, 2016. As the fact discovery cutoff is impending on July 15, 2016, and as I will be unable to write a more comprehensive opinion for a few weeks, I issue this short order, confirming the tentative I gave at the start of the hearing. I GRANT the motion as to Arxan's alter ego and agency theories against Intertrust Technologies Corporation without leave to amend and DENY it as to the remaining causes of action asserted against whiteCryption. A further order explaining these rulings and addressing any claims unaffected by these rulings will be forthcoming.

**IT IS SO ORDERED**.

Dated: May 19, 2016



WILLIAM H. ORRICK
United States District Judge