1 | MICHAEL T. JONES (SBN 290660)
  | *mjones@goodwinprocter.com*
2 | **GOODWIN PROCTER LLP**
  | 135 Commonwealth Drive
3 | Menlo Park, California 94025-1105
  | Tel.: 650.752.3100
4 | Fax.: 650.853.1038

5 | Attorneys for Defendant/Counter-Claimant:
  | *ARXAN TECHNOLOGIES, INC.*

6 |
  | RAJIV DHARNIDHARKA (SBN 234756)
7 | *rajiv.dharnidharka@dlapiper.com*
  | **DLA PIPER LLP (US)**
8 | 555 Mission Street, Suite 2400
  | San Francisco, CA  94105
9 | Tel.: 415.836.2500
  | Fax.: 415.836.2501
10 |

11 | Attorneys for Plaintiff/ Counterclaim-Defendants: *WHTIECRYPTION CORPORATION AND INTERTRUST TECHNOLOGIES, CORPORATION*

12 |
13 | [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITECRYPTION CORPORATION, | Case No. 3:15-CV-00754-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE DEADLINES** |
| v. | Date: N/A |
| ARXAN TECHNOLOGIES, INC., | Time: N/A |
| | Courtroom: 02, 17th Floor |
| Defendant. | Judge: Hon. William H. Orrick |
| ARXAN TECHNOLOGIES, INC., | 450 Golden Gate Avenue |
| Counter-Claimant, | San Francisco, CA |
| v. | |
| WHITECRYPTION CORPORATION; and INTERTRUST TECHNOLOGIES CORPORATION | |
| Counter-Defendants. | |

STIPULATION & ORDER
TO CONTINUE CASE DEADLINES                              CASE NO. 3:15-CV-00754-WHO

Plaintiff and cross-defendants whiteCryption Corporation ("whiteCryption") and Intertrust Technologies Corporation ("Intertrust") and defendant and counterclaimant Arxan Technologies, Inc. ("Arxan") stipulate and agree as follows:

1. On February 18, 2015, whiteCryption initiated the above-captioned action against Arxan.

2. Arxan answered and counterclaimed against whiteCryption and Intertrust on April 10, 2015.

3. Between May and June 2015, the parties engaged in motion practice regarding the counterclaims, and on June 18, 2015, the Court granted Intertrust's motion to dismiss with leave to amend.

4. On June 17, 2015, the Court issued a Civil Pretrial Order setting the deadlines in this action. ECF No. 35. The Court later ordered the parties to a settlement conference with a magistrate judge and modified the case schedule to accommodate a first phase of document discovery prior to the settlement conference. *See* ECF. Nos. 42-45.

5. On January 5, 2016, the parties' participated in a settlement conference with a magistrate judge, which did not result in settlement. ECF No. 46.

6. On February 17, 2016, whiteCryption filed its first amended complaint and Arxan filed its first amended counterclaims. ECF Nos. 51-52.

7. On March 22, 2016, whiteCryption and Intertrust moved to dismiss the first amended counterclaims (ECF No. 66), and on June 15, 2016 the Court granted in part and denied in part the motion without leave to amend (ECF No. 89).

8. The parties have engaged in extensive discovery, collectively producing hundreds of thousands of documents and approximately 20 depositions will be taken, two of which are scheduled to take place after the close of fact discovery.[1] Based on the document productions and scheduling issues, the first deposition did not occur until June 16, 2016.

---

[1] whiteCryption will take the deposition of Google at a mutually agreeable date after Google produces the documents the Court ordered it to produce. *See* Dkt. No. 101. whiteCryption will take the deposition of a former Arxan employee on July 21, 2016 by agreement of the parties. The deposition was planned for July 8, but the deponent has a family emergency, which necessitated a rescheduling with no available alternative before the July 15, 2016 fact discovery deadline.

9. Due to the large volume of documents produced in this case and the number and the schedule of depositions, the parties both require additional time to prepare and produce meaningful expert reports without seeking leave for supplementing them.  Moving the expert disclosure deadline triggers a need to reschedule the deadlines that follow expert disclosures.  Further, all parties anticipate filing motions for summary judgment or summary adjudication, which the parties believe is good cause to extend the briefing and hearing schedule for such motions.

10. The parties previously requested one extension of the deadlines in the Civil Pretrial Order on December 18, 2015, which was granted on December 21, 2015.  ECF No. 45

11. The parties realize that changing a case schedule is highly dependent upon the Court's schedule, including the Court's availability to hear dispositive motions, conduct pretrial conferences, and conduct trials.  The parties welcome a telephonic case management conference to discuss alternatives to the schedule they are proposing.

Therefore, the parties stipulate and agree, subject to the Court's approval, that deadlines for expert discovery and the deadlines that follow it be set as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert disclosure | July 29, 2016 | August 29, 2016 |
| Expert rebuttal | August 22, 2016 | September 22, 2016 |
| Expert discovery cutoff | September 12, 2016 | October 12, 2016 |
| Dispositive motion filing deadline | none | October 19, 2016 |
| Oppositions to dispositive motions due | none | November 10, 2016 |
| Replies in support of dispositive motions due | none | November 23, 2016 |
| Dispositive motions heard by | November 9, 2016 | December 7, 2016 |
| Pretrial Conference | January 23, 2017 at 2:00 p.m. | February 20, 2017 at 2:00 p.m. |
| Trial (jury) | February 27, 2017 at 8:30 a.m. | March 27, 2017 at 8:30 a.m. |

Respectfully submitted,

Dated:  July 5, 2016　　　　　　　　　　By:  /s/Michael T. Jones
　　　　　　　　　　　　　　　　　　　　　　MICHAEL T. JONES (SBN 290660)
　　　　　　　　　　　　　　　　　　　　　　*mjones@goodwinprocter.com*
　　　　　　　　　　　　　　　　　　　　　　NICOLE L. CHESSARI (SBN 259970)
　　　　　　　　　　　　　　　　　　　　　　*nchessari@goodwinprocter.com*
　　　　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**

```
                                    135 Commonwealth Drive
                                    Menlo Park, California 94025-1105
                                    Tel.:  650.752.3100
                                    Fax.:  650.853.1038

                                    FORREST A. HAINLINE III (SBN 64166)
                                    fhainline@goodwinprocter.com
                                    GOODWIN PROCTER LLP
                                    Three Embarcadero Center, 24th Floor
                                    San Francisco, California 94111
                                    Tel.:  415.733.6000
                                    Fax.:  415.677.9041

                                    HONG-AN VU (SBN 266268)
                                    hvu@goodwinprocter.com
                                    GOODWIN PROCTER LLP
                                    601 S. Figueroa Street, 41st Floor
                                    Los Angeles, California  90017
                                    Tel.:  213.426.2500
                                    Fax.:  213.623.1673

                                    GOODWIN PROCTER LLP

                                    Attorneys for Defendant/Counter-Claimant:
                                    ARXAN TECHNOLOGIES, INC.


                                    Respectfully submitted,

Dated:  July 5, 2016          By:   /s/ Rajiv Dharnidharka

                                    RAJIV DHARNIDHARKA (SBN 234756)
                                    rajiv.dharnidharka@dlapiper.com
                                    DEBORAH E. MCCRIMMON (SBN 229769)
                                    deborah.mccrimmon@dlapiper.com
                                    DLA PIPER LLP (US)
                                    555 Mission Street, Suite 2400
                                    San Francisco, California 94105-2933
                                    Tel.: 415.836.2500
                                    Fax: 415.836.2501

                                    TODD M. NOONAN (SBN 172962)
                                    todd.noonan@dlapiper.com
                                    DLA PIPER LLP (US)
                                    400 Capitol Mall, Suite 2400
                                    Sacramento, CA 95814-4428
                                    Tel.: 916.930.3200
                                    Fax: 916.930.3201

                                    Attorneys for Plaintiff/Counter-Defendants:
                                    WHTIECRYPTION CORPORATION AND INTERTRUST
                                    TECHNOLOGIES, CORPORATION
```

- 5 –

**PURSUANT TO STIPULATION, IT IS SO ORDERED except as modified below:**

**Pre-trial conference: February 27, 2017 at 2:00 p.m.**

**Trial:  April 3, 2017 at 8:30 a.m.**

Dated:  July 6, 2016

_____
HON. WILLIAM H. ORRICK
UNITED STATED DISTRICT COURT JUDGE