| | |
|---|---|
| RAJIV DHARNIDHARKA (Bar No. 234756)<br>rajiv.dharnidharka@dlapiper.com<br>DEBORAH E. MCCRIMMON (Bar No. 229769)<br>deborah.mccrimmon@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105-2933<br>Telephone:  415.836.2500<br>Facsimile:  415.836.2501<br><br>TODD M. NOONAN (Bar No. 172962)<br>todd.noonan@dlapiper.com<br>**DLA PIPER LLP (US)**<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA 95814-4428<br>Tel: 916.930.3200<br>Fax: 916.930.3201<br><br>Attorneys for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation | MICHAEL T. JONES (Bar No. SBN 290660)<br>mjones@goodwinprocter.com<br>NICOLE L. CHESSARI (SBN 259970)<br>*nchessari@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>135 Commonwealth Drive<br>Menlo Park, California 94025-1105<br>Tel: 650.752.3100<br>Fax: 650.853.1038<br><br>HONG-AN VU (Bar No. 266268)<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, California 90017<br>Tel: 213.426.2500<br>Fax: 213.623.1673<br><br>Attorneys for Defendant/Counter-Claimant Arxan Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITECRYPTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARXAN TECHNOLOGIES, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  15-CV-00754-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING AUGUST 29, 2016 MAGISTRATE JUDGE SETTLEMENT CONFERENCE**<br><br>Date:   N/A<br>Time:   N/A<br>Ctrm:   2, 17th Floor<br>Judge:   Hon. William H. Orrick<br>Complaint:   Filed February 18, 2015 |

**STIPULATION**

Plaintiff and cross-defendants whiteCryption Corporation ("whiteCryption") and Intertrust Technologies Corporation ("Intertrust") and defendant and counterclaimant Arxan Technologies, Inc. ("Arxan") stipulate and agree as follows:

1. On January 6, 2016, the parties participated in a productive settlement conference with Magistrate Judge Donna M. Ryu. *See* ECF No. 46.

2. While progress was made, the matter did not settle. Based on progress made, Magistrate Judge Ryu advised the parties that she would be willing to conduct a further settlement conference in due course. The parties welcomed the invitation. *See* ECF No. 48. The parties had also separately noted that they may retain a private mediator to attempt to resolve the matter during or after fact discovery.

3. On January 25, 2016, Magistrate Judge Ryu scheduled a further settlement conference for August 29, 2016. ECF No. 49.

4. On August 9, 2016, the parties retained Antonio Piazza to privately mediate this dispute. Private mediation with Mr. Piazza is scheduled for September 20, 2016.

Based on the parties' retention of a private mediator for a September 20, 2016 mediation, and their desire to conserve judicial resources, the parties request that the August 29, 2016 settlement conference with Magistrate Judge Ryu be vacated.

**SO STIPULATED.**

Dated: August 10, 2016

DLA PIPER LLP (US)

By: ___*/s/ Rajiv Dharnidharka*___
RAJIV DHARNIDHARKA
TODD M. NOONAN
DEBORAH E. MCCRIMMON
Attorneys for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation.

DATED: August 10, 2016         GOODWIN PROCTER LLP

By:   */s/ Michael T. Jones*
      MICHAEL T. JONES
      HONG-AN VU
      NICOLE L. CHESSARI
      Attorneys for Defendant/
      Counterclaimant Arxan Technologies, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HON. DONNA M. RYU
UNITED STATED MAGISTRATE JUDGE

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) of Michael T. Jones.

*/s/ Rajiv Dharnidharka*
Rajiv Dharnidharka