RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DEBORAH E. MCCRIMMON (Bar No. 229769)
deborah.mccrimmon@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

TODD M. NOONAN (Bar No. 172962)
todd.noonan@dlapiper.com
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation

MICHAEL T. JONES (Bar No. SBN 290660)
mjones@goodwinprocter.com
NICOLE CHESSARI (Bar No. 259970)
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel: 650.752.3100
Fax: 650.853.1038

HONG-AN VU (Bar No. 266268)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel: 213.426.2500
Fax: 213.623.1673

Attorneys for Defendant/Counter-Claimant Arxan Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITECRYPTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARXAN TECHNOLOGIES, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 15-cv-00754-WHO<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date: September 27, 2016<br>Conference Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor |

Pursuant to Civil Local Rule 16-10(d) and the Court's June 10, 2015 Minute Order (Dkt. No. 34), counsel hereby submit this Joint Updated Case Management Conference Statement.

On February 18, 2016, Plaintiff and Counter-Defendant whiteCryption Corporation's ("whiteCryption") First Amended Complaint was deemed filed by court order. *See* Dkt. No. 55. On February 23, 2013, Defendant and Counter-Claimant Arxan Technologies, Inc.'s ("Arxan") First Amended Counterclaim ("FACC") was deemed filed by court order. *See* Dkt. 60. On March 22, 2016, whiteCryption and Intertrust moved to dismiss the FACC. Dkt. No. 66. On June 15, 2016, the Court granted the motion as to Arxan's alter ego and agency theories against Intertrust and denied the motion as to the remaining causes of action. *See id.* On July 29, 2016, the parties stipulated that Arxan's Third Cause of Action in the FACC, Intentional Interference with Contractual Relations—Moss Adams Contract, shall be dismissed with prejudice as to whiteCryption. Dkt. No. 114.

Private mediation is scheduled with Antonio Piazza on September 20, 2016. In view of the parties' retention of Mr. Piazza, the parties agreed and stipulated to vacate the August 29, 2016 settlement conference before Magistrate Judge Ryu. Pursuant to that stipulation, on August 29, 2016, Judge Ryu ordered that the settlement conference be vacated. *See* Dkt. 116.

Fact discovery closed on July 15, 2016. The parties are currently engaged in expert discovery and have exchanged opening expert reports. Expert rebuttal reports are due on October 6, 2016, and the expert discovery cutoff is October 26, 2016.

Motions for summary judgement are due on October 19, 2016 and are scheduled to be heard on December 7. A pretrial conference is set for January 23, 2017 and trial is set for April 3, 2017.

///
///
///
///
///
///

| | |
|---|---|
| Dated: September 20, 2016 | DLA PIPER LLP (US)<br><br>By: */s/Deborah E. McCrimmon*<br>RAJIV DHARNIDHARKA<br>TODD M. NOONAN<br>DEBORAH E. MCCRIMMON<br>Attorneys for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation. |
| DATED: September 20, 2016 | By: */s/Michael T. Jones*<br>MICHAEL T. JONES<br>NICOLE CHESSARI<br>Attorneys for Defendant/Counterclaimant Arxan Technologies, Inc. |

**ATTESTATION OF CONCURRENCE**

I, Deborah McCrimmon, attest that I am counsel of record for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation, and as the ECF user and filer of this document I attest that concurrence in the filing of this document has been obtained from its signatories.

| | |
|---|---|
| DATED: September 20, 2016 | By: */s/ Deborah E. McCrimmon*<br>DEBORAH E. MCCRIMMON |