| | |
|---|---|
| RAJIV DHARNIDHARKA (Bar No. 234756)<br>rajiv.dharnidharka@dlapiper.com<br>DEBORAH E. MCCRIMMON (Bar No. 229769)<br>deborah.mccrimmon@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, California  94105-2933<br>Tel: 415.836.2500<br>Fax: 415.836.2501 | MICHAEL T. JONES (Bar No. 290660)<br>mjones@goodwinprocter.com<br>NICOLE L. CHESSARI (Bar No. 259970)<br>nchessari@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>135 Commonwealth Drive<br>Menlo Park, California  94025-1105<br>Tel: 650.752.3100<br>Fax: 650.853.1038 |
| TODD M. NOONAN (Bar No. 172962)<br>todd.noonan@dlapiper.com<br>**DLA PIPER LLP (US)**<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA  95814-4428<br>Tel: 916.930.3200<br>Fax: 916.930.3201 | FORREST A. HAINLINE III (Bar No. 64166)<br>fhainline@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 24th Floor<br>San Francisco, California 94111<br>Tel: 415.733.6000<br>Fax: 415.677.9041 |
| Attorneys for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation | HONG-AN VU (Bar No. 266268)<br>hvu@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, California 90017<br>Tel: 213.426.2500<br>Fax: 213.623.1673<br><br>Attorneys for Defendant and Counter-Claimant Arxan Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITECRYPTION CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>ARXAN TECHNOLOGIES, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  15-cv-00754-WHO<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND 41(c).** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation, on the one hand, and Defendant and Counter-Claimant Arxan Technologies, Inc., on the other hand, through their designated counsel, that the above-captioned action is dismissed with prejudice in its entirety, including all claims and counterclaims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

Dated:  September 28, 2016          DLA PIPER LLP (US)

By:  */s/ Deborah E. McCrimmon*
RAJIV DHARNIDHARKA
TODD M. NOONAN
DEBORAH E. MCCRIMMON
Attorneys for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation.

Dated:  September 28, 2016          GOODWIN PROCTER LLP

By:  */s/ Michael T. Jones*
MICHAEL T. JONES
FORREST A. HAINLINE III
NICOLE L. CHESSARI
HONG-AN VU
Attorneys for Defendant and Counter-Claimant Arxan Technologies, Inc.

**ATTESTATION OF CONCURRENCE**

I, Deborah McCrimmon, attest that I am counsel of record for Plaintiff and Counter-Defendant whiteCryption Corporation and Counter-Defendant Intertrust Technologies Corporation, and as the ECF user and filer of this document I attest that concurrence in the filing of this document has been obtained from its signatories.

DATED:  September 28, 2016          By: */s/ Deborah E. McCrimmon*
DEBORAH E. MCCRIMMON