UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHITECRYPTION CORPORATION,

            Plaintiff,

     v.

ARXAN TECHNOLOGIES, INC.,

         Defendant.

Case No.  15-cv-00754-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 125

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated:  September 29, 2016



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California